CRIMINAL CASE INFORMATION SHEET

Pittsburgh  X          Erie ____         Johnstown ____

Related to No. ___15-MC-165___ Judge ___Nora Barry Fischer___
(All criminal prosecutions arising out of the same criminal
transaction or series of transactions are deemed related).

CATEGORY:  1.   ____ Narcotics and Other Controlled Substances
           1a.  ____ Narcotics and Other Controlled Substances
                     (3 or more Defendants)
           2.    X   Fraud and Property Offenses
           2a.  ____ Fraud and Property Offenses
                     (3 or more Defendants)
           3.   ____ Crimes of Violence
           4.   ____ Sex Offenses
           5.   ____ Firearms and Explosives
           6.   ____ Immigration
           7.   ____ All Others

Defendant's name:                 Abigale Lee Miller

Is Indictment waived:         ____ Yes      X  No

Pretrial Diversion:           ____ Yes      X  No

Juvenile proceeding:          ____ Yes      X  No

Defendant is:                 ____ Male     X  Female

Superseding Indictment or
Information                   ____ Yes      X  No

        Previous case number: _____

If superseding, previous case was/will be:

        _____ Dismissed on defendant's motion
        _____ Dismiss on governments' motion
        _____ After appellate action
        _____ Other (explain)

County in which first
offense cited occurred:   Allegheny

Previous proceedings before
Magistrate Judge:         _____

        Case No. :

PLEASE INCORPORATE MAGISTRATE CASE WITH CRIMINAL CASE

Date arrested or date
continuous U.S. custody began: _____

Defendant:                    ___ is in custody    x  is not in custody

Name of Institution: _____

Custody is on:                ___ this charge    ___ another charge

                                ___ another conviction

                                ___ State          ___ Federal

Detainer filed:               ___ yes              ___ no

Date detainer filed: _____

Total defendants:             1

Total counts:                 20

Data below applies to
defendant No.:                1

Defendant's name:             Abigale Lee Miller

| COUNTS | U.S. CODE | OFFENSE | FELONY |
|--------|-----------|---------|--------|
| 1-2    | 18 U.S.C. § 157(3) | Bankruptcy Fraud | X |
| 3-7    | 18 U.S.C. § 152(1) | Concealment of Bankruptcy Assets | X |
| 8-20   | 18 U.S.C. § 152(3) | False Bankruptcy Declaration | X |

I certify that to the best of my knowledge the above entries are true and correct.

DATE: OCT 1 3 2015

GREGORY C. MELUCCI
Assistant U.S. Attorney
PA ID No. 56777