IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Cr. No. 15-212 |
| | ) | Judge Terrence F. McVerry |
| | ) | Magistrate Judge Cynthia Reed Eddy |
| **ABIGALE LEE MILLER** | ) | |

MAGISTRATE JUDGE'S REPORT OF ARRAIGNMENT

Defense Counsel: *Robert Ridge, Brandon Verdream*

Government: *Gregory Melucci*, AUSA

1. Date of Arraignment: *11/2/15*
2. Defendant is: _____ incarcerated.
   ___✓___ on bond.
3. Defendant entered a plea of _not guilty_.
4. The parties were advised that all pretrial motions must filed within fourteen (14) days.
5. A Rule 16 conference: ___✓___ has been held.
   _____ has not been held.
6. Discovery is _____ completed ___✓___ not completed.
7. Defendant has requested to be tried by: ___✓___ Jury
   _____ Non-Jury
8. All parties have been advised that the matter:
   _____ has been scheduled for trial for _____.
   _____ has not been scheduled for trial.
   ___✓___ has not been scheduled for trial, but will be notified.
9. Estimated trial length: *11 days*
10. Defendant: _____ has been processed by U.S. Marshal.
    ___✓___ has not been processed by U.S. Marshal, but has been advised to be processed.

s/Cynthia Reed Eddy
United States Magistrate Judge