IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 15-212 |
| | ) | |
| ABIGALE LEE MILLER | ) | |

ARRAIGNMENT PLEA

Defendant Abigale Lee Miller being arraigned, pleads __Not Guilty__ in open Court this __2nd__ day of __November__, 2015.

_____
(Defendant's Signature)

_____
(Attorney for Defendant)