IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 2:15-CR-00212 |
| ABIGALE LEE MILLER, | ) ) ) |
| Defendant. | ) |

## ORDER

AND NOW, upon consideration of Defendant Abigale Lee Miller's Second Motion for Extension of Time to File Pretrial Motions, having received no objection thereto, and finding that sufficient cause exists for the requested extension to enable Defendant's counsel to review discovery material and to make informed decisions concerning the filing of pretrial motions, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. It is further hereby ORDERED that pretrial motions shall be filed by **Monday, February 1, 2016.** The period of extension for the filing of pretrial motions shall be excluded from the time within which the trial of this case shall commence under the Speedy Trial Act, 18 U.S.C. § 3161(h).

Date: December 11, 2015         BY THE COURT:

                                s/ Terrence F. McVerry         J.

cc:    All counsel of record (*via CM/ECF*)

203840367