IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 2:15-cr-00212-TFM-1 |
| | ) |
| ABIGALE LEE MILLER, | ) |
| | ) |
| Defendant. | ) |

## ORDER

AND NOW, upon consideration of Defendant Abigale Lee Miller's Motion for Permission to Travel within the United States, and having received no objection thereto, it is hereby ORDERED, ADJUDGED and DECREED that said Motion is GRANTED. It is further hereby ORDERED that Defendant Abigale Lee Miller is permitted to travel to her home in Davenport, Florida and to return to Los Angeles, California on December 28, 2015.


Date: December 28        , 2015         BY THE COURT:


                                        s/ Terrence F. McVerry            J.


cc:     All counsel of record (*via CM/ECF*)


203890426