Case 10-28606-TPA    Doc 201    Filed 12/13/12    Entered 12/13/12 15:12:47    Desc Main
Document    Page 1 of 1

FILED
2012 DEC 13 P 2:24
CLERK
U.S. BANKRUPTCY
COURT - PGH

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

ABIGALE L. MILLER,  :  Case No. 10-28606-TPA    [N]
*Debtor*            :  Chapter 11
                    :  Related to Doc No. 179, 181, 194

**ORDER**

*AND NOW*, this *13th* day of *December, 2012*, a hearing regarding approval of the Debtor's *Amended Chapter 11 Plan dated August 27, 2012*, Doc. No. 181, is currently set for December 20, 2012 at 3:00 P.M. It is hereby **ORDERED, ADJUDGED and DECREED** that:

(1) The hearing set for December 20, 2012 at 3:00 P.M. is **CANCELLED** until further Order of Court.

(2) *On or before January 18, 2013*, the Debtor shall file a *Supplement in Support of Chapter 11 Plan* which contains any contracts entered into, income received, and future income to be received by the Debtor related to her involvement in any reality television programs. The *Supplement* shall separately itemize any expected or anticipated income form the operation of her dance studio.

(3) On January 28, 2013 at 1:30 P.M., a *Status Conference*\* will be held with regard to the Debtor's current and future income as it relates to her proposed *Amended Chapter 11 Plan*. The Debtor, *Abigale L. Miller*, and her counsel, *Donald R. Calaiaro, Esq.*, shall *personally appear* at the *Status Conference*.

Thomas P. Agresti, Chief Judge
United States Bankruptcy Court

\*Status Conference will be held in Courtroom "C", 54th Floor, U.S. Steel Tower, Pittsburgh, PA 15219.

Govt. Ex. 1

# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0315-2 | User: iwen | Date Created: 12/13/2012 |
| Case: 10-28606-TPA | Form ID: pdf900 | Total: 58 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center) without an address:**
cr          Allegheny County
cr          Chase Home Finance, LLC, et al
cr          JPMorgan Chase Bank, National Association, et al...

TOTAL: 3

**Recipients of Notice of Electronic Filing:**
ust         Office of the United States Trustee        ustpregion03.pi.ecf@usdoj.gov
aty         Christopher A. DeNardo        pabk@logs.com
aty         Danielle Boyle-Ebersole        info@federmanlegal.com
aty         David Z. Valencik        dvalencik@calaiarocorbett.com
aty         Donald R. Calaiaro        dcalaiaro@calaiarocorbett.com
aty         Donna M. Donaher        ddonaher@tuckerlaw.com
aty         Edward J. Laubach, Jr.        edward.j.laubach@irscounsel.treas.gov
aty         Jeffrey R. Hunt        jhunt@grblaw.com
aty         Jennifer L. Cerce        jlc@mbm-law.net
aty         Joseph M. Fornari Jr on Behalf of the United States Trustee by        Joseph.M.Fornari@usdoj.gov
aty         Julia Lee Wahl        julia.l.wahl@irscounsel.treas.gov
aty         Leslie J. Rase, Esq.        lrase@sterneisenberg.com
aty         S. James Wallace

TOTAL: 13

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          Abigale L. Miller        406 Darrell Drive        Pittsburgh, PA 15235
cr          Equitable Gas Bankruptcy Department        Attn: Judy Gawlowski        225 North Shore Drive 2nd Floor        Pittsburgh, PA 15212
cr          Internal Revenue Service        Office of Chief Counsel        1000 Liberty Avenue        Room 806        Pittsburgh, PA 15222
cr          PNC Bank, National Association        249 Fifth Avenue        One PNC Place        Pittsburgh, PA 15222
cr          Penn Hills School District and Municipality of Penn Hills        Maiello Brungo &Maiello, LLP        3301 McCrady Road        Pittsburgh, PA 15235
12941536    ALLY f/k/a GMAC        PO BOX 130424        ROSEVILLE, MN 55113
12914247    API Printing        3482 Keith Bridge Road        #259        Cumming, GA 30041
12914248    Ascap        2675 Paces Ferry Road S.E.        Suite 350        Atlanta, GA 30339
12914249    Avenue        P.O. Box 659584        San Antonio, TX 78265-9584
12914250    BMI General Licensing        P.O. Box 406741        Atlanta, GA 30384-6741
12937579    Bureau of Business Trust Fund Taxes        P.O. Box 280406        Harrisburg, PA 17128
12914251    Celebration World Resort        Concord Servicing Corp.        P.O. Box 29352        Phoenix, AZ 85038-9352
13052288    Chase Home Finance, LLC        MC: OH4-7302        3415 Vision Drive        Columbus, Ohio 43219
12914252    Chase Mortgage        P.O. Box 469030        Glendale, CO 80246
12914253    County of Allegheny        c/o Goehring Rutter &Boehm        437 Grant Street 14th Floor        Pittsburgh PA 15219
12914254    Elissa Miller        6940 Verona Street        Verona, PA 15147
13024531    Equitable Gas Company        c/o Donna Treemarchi        225 North Shore Drive        Pittsburgh, PA 15212
12914255    FCIS        c/o NCO        P.O. Box 4946        Trenton, NJ 08650
13462693    Festiva Hospitality Group        ATTN: Margaret Neal        One Vance Gap Road        Asheville, NC 28805
12914256    First Data Global Leasing        P.O. Box 173845        Denver, CO 80217
12914257    GE Money Bank        4125 Windward Plaza Drive        Building 300        Alpharetta, GA 30005
13050978    GE Money Bank        c/o Recovery Management Systems Corporat        25 SE 2nd Ave Suite 1120        Miami FL 33131-1605
12914258    GMAC, Inc.        P.O. Box 380901        Bloomington, MN 55438-0902
12961806    INTERNAL REVENUE SERVICE        PO BOX 7346        PHILA PA 19101
12914259    John Filippone        1306 Hillsdale Drive        Monroeville, PA 15246
12914260    Maiello Brungo &Maiello, LLP        One Churchill Park        3301 McCrady Road        Pittsburgh, PA 15235
12937580    Michelle Rodgers        11532 Providence Road        Charlotte, NC 28277
12914261    Monroeville Pet Hospital        232 Center Road        Monroeville, PA 15146
12936798    PNC BANK        PO BOX 94982        CLEVELAND, OH 44101
13026407    PNC Bank, N.A.        c/o Susan C. Scanlon        Weinstock, Friedman &Friedman, P.A.        4 Reservoir Circle        Baltimore, MD 21208
13049462    PNC Bank, National Association        c/o Donna M. Donaher Esq        Tucker Arensberg PC        1500 One PPG Place        Pittsburgh PA 15222
12914265    PNC Credit Card        P.O. Box 856177        Louisville, KY 40285-6177
12914262    Penn Hills Municipality        c/o Maiello Brungo &Maiello        3301 McCrady Road        Pittsburgh PA 15235
12914264    Penn Hills School District        ATTN: Richard Liberto        250 Aster Street        Pittsburgh, PA 15235

Case 10-28606-TPA    Doc 201-1    Filed 12/13/12    Entered 12/13/12 15:12:47    Desc BNC
PDF Notice: Notice Recipients    Page 2 of 2

| | | | | |
|---|---|---|---|---|
| 12914263 | Penn Hills School District | c/o Maiello Brungo &Maiello | 3301 McCrady Road | Pittsburgh PA 15235 |
| 12964362 | Pennsylvania Department of Revenue | Bankruptcy Division PO Box 280946 | Harrisburg, Pa 17128-0946 | |
| 12914266 | Revilla Audio | 212 Browntown Road | New Kensington, PA 15068 | |
| 12914267 | Rober N. Polas, Esquire | 140 Corporate Blvd. | Norfolk, VA 23502 | |
| 12914268 | Russell R. Sanders, Esquire | 1500 One PPG Place | Pittsburgh, PA 15222 | |
| 12914269 | Sesac | P.O. Box 900013 | Raleigh, NC 27675-9013 | |
| 12914270 | Step N Time/Tia's Dancewear | 1305 Boardman-Canfield Road | Boardmand, OH 44512 | |
| 13041552 | Verizon Wireless | PO Box 3397 | Bloomington, IL 61702-3397 | |

TOTAL: 42